UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-2230JJO

UNITED STATES OF AMERICA

vs.

BYRON JANOD KYLER
      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   ___Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   ___Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
YARA L. KLUKAS
Assistant United States Attorney
Florida Bar No. 73101
99 N. E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9102
Yara.Klukas@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BYRON JANOD KYLER<br><br>*Defendant(s)* | Case No. 20-2230JJO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 12, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1). |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Katherine E. Brady
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/13/20

City and state: Miami, FL.

_____
*Judge's signature*

Magistrate Judge John O'Sullivan
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Katherine E. Brady, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since July 2007. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a Special Agent, I have received training in federal firearms laws and regulations. In addition, throughout the course of my duties as a Special Agent, I have developed a growing knowledge of such firearms laws and the methods and tactics used by individuals to acquire, transfer and possess firearms illegally. I am a certified Firearms Interstate Nexus Expert and have testified in federal court as an expert numerous times. Currently, I am assigned to the Miami Group III Field Office, investigating violations of such Federal firearms laws and regulations.

2. This Affidavit is made in support of a criminal complaint and arrest warrant for BYRON JANOD KYLER (KYLER). On February 12, 2020, KYLER, who having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1). This Affidavit is submitted for the limited purpose of establishing probable cause for the arrest of KYLER. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against KYLER for the above-described criminal violation.

## **PROBABLE CAUSE**

3. In or around January 2020, law enforcement began investigating instances of fraud perpetrated against Synchrony Bank located in Connecticut. Over the course of the investigation, law enforcement determined that some of the fraudulent activity was conducted from an IP address linked to 17245 NW 18 Avenue, Miami Gardens, FL 33056, which was later determined to be KYLER's Residence ("KYLER's Residence").

4. On February 12, 2020, a state search warrant was executed by the United States Postal Inspector Service and Miami Dade Police Department at KYLER's Residence for the following charges: Unlawful Possession of the Personal Identification Information of Another Person (Florida Stat. § 817.5685(3)(b)); Criminal Use of Personal Identification Information (Florida Stat. § 817.568(2)(a)); Grand Theft (Florida Stat. § 812.014(4)(c)(2)); and Dealing in Credit Cards of Another (Florida Stat. § 817.60(5)).

5. During the execution of the search warrant, KYLER's mother, R.H.K., who lives at 17245 NW 18 Avenue, Miami Gardens, FL 33056, told law enforcement which bedroom belonged to KYLER. Law enforcement first observed KYLER as he was walking out of the bedroom his mother identified as belonging to him. A search of KYLER's bedroom yielded eight (8) credit cards bearing other individual's names and mail that is believed to have been stolen, also in the name of other individuals.

6. A further search of KYLER's bedroom revealed a Kel-Tec P-11 9MM caliber handgun, bearing serial number AKJ82. The firearm was loaded with eight (8) rounds of ammunition, seven (7) in the magazine and one (1) in the chamber. The firearm was located in the nightstand drawer adjacent to KYLER's bed, next to a wallet containing KYLER's state issued identification and other indicia of ownership.

7. A criminal history records check revealed that KYLER had a federal conviction in 2011 for Conspiracy to Commit a Hobbs Act Robbery in the Southern District of Florida, for which he was sentenced to five (5) years' imprisonment. KYLER was released from prison in 2016 and completed his 36 month probation on February 12, 2019.

8. Based on the firearm found in his bedroom, KYLER was arrested for possessing a firearm as a convicted felon. Subsequent to his arrest, KYLER signed a *Miranda* rights waiver and provided a verbal statement during which he admitted to possessing the firearm and knowing that he was prohibited from possessing firearms due to his prior felony conviction.

9. The firearm found in KYLER's bedroom is a Kel-Tec model P-11 9MM caliber pistol bearing serial number AKJ82. The ammunition contained in the firearm consists of eight (8) rounds of Poongsan Metal Corporation (PMC) 9MM caliber ammunition. Both the firearm and ammunition have traveled through interstate and/or foreign commerce.

10. Wherefore, based on the aforementioned facts, it is your affiant's belief that there is probable cause to believe that Byron Janod KYLER violated Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT

_____
Katherine E. Brady, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed to and sworn before me
This 13th day of February, 2020.

_____
The Honorable John O'Sullivan
United States Magistrate Judge

3